UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL VASILIY KOLESNIK,

        Plaintiff,

  v.

ELDON VAIL et al.,

        Defendants.

CASE NO. C12-5278 BHS-JRC

ORDER

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

Plaintiff has sent two letters to the Court regarding service of process on Eldon Vail (ECF No. 19 and 20). If plaintiff wishes the Court to take any action he must file a motion explaining what action he wishes the Court to take. Plaintiff's motion must be properly served on opposing counsel and the motion must be properly noted on the Court's hearing calendar. See, Local Rule 7. The Court does not conduct business by letter. The Clerk's Office does not note letters on the Court's hearing calendar. Thus, letters may not come to the Court's attention in a timely manner.

ORDER - 1

1   Plaintiff asks about service of process on Eldon Vail in both his letters (ECF No. 19 and
2   20). Mr. Vail did not accept service by mail; however, Mr. Vail appeared in the action by filing
3   and answer and he is represented by Assistant Attorney General Jean Elizabeth Meyn (ECF No.
4   17). Thus, Mr. Vail is properly a party to this action.

Dated this 5th day of July, 2012.

J. Richard Creatura
United States Magistrate Judge