UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL VASILIY KOLESNIK,

            Plaintiff,

   v.

ELDON VAIL,

            Defendant.

CASE NO. C12-5278 BHS-JRC

REPORT AND RECOMMENDATION ON STIPULATED DISIMISSAL

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

The parties have filed a stipulation of dismissal to dismiss this action with prejudice (ECF No. 71). The Court recommends dismissing the action and denying all other pending motions.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case be dismissed with prejudice.

Dated this 4th day of November, 2013.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 1