UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL VASILIY KOLESNIK,

        Plaintiff,

   v.

ELDON VAIL et al.

        Defendants.

CASE NO. C12-5278 BHS-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge and the remaining record, does hereby find and Order:

1. The parties have stipulated to dismissal of this action with prejudice (ECF No. 71). The Court accepts the stipulation and this action is dismissed with prejudice.

2. The Court denies all other pending motions.

DATED this 5th day of November, 2013.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1